UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRELL L. PURNELL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV205 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Remand, filed June 22, 2010. (Doc. No. 12). Pursuant to 28 U.S.C. § 636, the Court referred this matter to United States Magistrate Judge Terry I. Adelman, who issued a Report and Recommendation on June 25, 2010. (Doc. No. 14). Magistrate Judge Adelman recommends that the Court grant Defendant's Motion to Remand. Magistrate Judge Adelman further recommends that the Court reverse and remand this matter to the Commissioner for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g).[1] Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will grant Defendant's Motion to Remand, and reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge will be directed to give additional consideration to Plaintiff's mental status and provide specific mental functional limitations; compare Plaintiff's residual functional capacity to the functional demands and job duties of Plaintiff's

---

[1] The Appeals Council also has determined that remand is appropriate for further consideration of Plaintiff's claim. (Doc. No. 14, p. 2).

past relevant work as actually and generally performed; and consider Plaintiff's work and perform the rest of the sequential evaluation process as deemed necessary. (Doc. No. 14, p. 3).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 14) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Remand (Doc. No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 23rd day of July, 2010.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE